IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19CR406 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ELIAS PASTOR-CALEL, | ) | NOTICE OF APPEARANCE AND |
| | ) | <u>SUBSTITUTION OF COUNSEL</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Brad J. Beeson, Assistant United States Attorney, and hereby enters his appearance as attorney of record for the government in the within action, and respectfully requests this Court that he be substituted for, and in place of, Payum Doroodian, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                        Respectfully submitted,

                                        JUSTIN E. HERDMAN
                                        United States Attorney

By:   /s/ Brad J. Beeson
       Brad J. Beeson (IL: 6236690)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3850
       (216) 522-8355 (facsimile)
       Brad.Beeson@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on this 9th day of September 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

        /s/ Brad J. Beeson
        Brad J. Beeson
        Assistant U.S. Attorney